627 A.2d 1128
JUDITH O'HEA, WIDOW OF RONALD
O'HEA v. EXXON COMPANY, USA.

March 29, 1993.

ORDER

ORDERED that the within appeal be and hereby is dismissed.

627 A.2d 1129
IN THE MATTER OF OPINION 667 OF THE NEW JERSEY
SUPREME COURT ADVISORY COMMITTEE ON
PROFESSIONAL ETHICS.

March 30, 1993.

ORDER

Petition for review of the Advisory Committee on Professional Ethics Opinion Number 667, entitled, *Imputed Disqualification: Employment of Partner in Adverse Firm,* is denied.

627 A.2d 1129
DR. PAO–KUO F. CHIN v. COVENTRY SQUARE
CONDOMINIUM ASSOCIATION.

ARTHUR P. CHESLEY, ET AL. v. COVENTRY
SQUARE CONDOMINIUM ASSOCIATION.

April 19, 1993.

ORDER

ORDERED that the within appeal be and hereby is dismissed.